UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| VAN STARLING, | ) | C/A No.  4:15-3636-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BRYAN P. STIRLNIG, DIRECTOR SCDC, | ) | |
| MICHAEL McCALL, DEPUTY DIRECTOR | ) | |
| SCDC, MS. MITCHELL, CKI/MSU | ) | |
| CASEWORKER, LARRY R. CARTLEDGE, | ) | |
| WARDEN PCI, CURTIS EARLEY, MAJOR PCI, | ) | |
| ALL BEING SUED IN THEIR INDIVIDUAL | ) | |
| CAPACITIES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on Plaintiff's motion to remand his state court cause of action

for "Breach of Duty" back to state court.[1] (Docs. #9). Defendants filed an objection to this motion.

(Doc. #14). This motion to remand the state cause of action is denied based on supplemental

jurisdiction.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

October 29, 2015
Florence, South Carolina

---

[1]This motion to remand was within Plaintiff's motion to amend his compliant. (Doc. #9).
The motion to amend his complaint was granted by separate court order.